122 A.3d 1034

**Carlos QUILES, Petitioner**

v.

**COURT OF COMMON OF PLEAS PHILADELPHIA COUNTY, Respondent.**

**No. 85 EM 2015.**

Supreme Court of Pennsylvania.

Sept. 16, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of September, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** *See Commonwealth v. Ali,* 608 Pa. 71, 10 A.3d 282 (2010) (stating that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.